of this appeal. Held, that the complaint fails to state any reason why the defendant failed to comply with the provisions of the former judgment, or to allege that it was because of the refusal of defendant's wife to join in the conveyance, or that the right to the relief sought by this action could not properly have been determined in the former action.

SPRING and WILLIAMS, JJ., dissent.

———

WILL, Appellant, v. BARNWELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by John Will against Chas. P. Barnwell. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 60 Misc. Rep. 458, 112 N. Y. Supp. 462.

WILLIAMS et al., Respondents, v. GRIDLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Philip A. Williams, Jr., and another against Helen M. Gridley.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

———

WILLIAMS, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court. Appellate Division. First Department. February 5, 1909.) Action by Thomas T. Williams against the Interborough Rapid Transit Company. L. Quigg, for appellant. C. J. Shearn, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

INGRAHAM, J., dissents, voting for reversal.

———

WINNIE v. MEHRBACH. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Willis A. Winnie against Solomon Mehrbach.

PER CURIAM. Decision amended, by directing that the item of $670.50, which was for a cargo of ice delivered to the plaintiff subsequent to September 8, 1903, be credited upon the account since that date, as the item was originally charged to that portion of the account, and by directing that the item of $762.97 be credited upon the account before that date; the order to be entered upon such decision to be settled accordingly.

———

WITKOP & HOLMES CO., Respondent, v. BOYCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the Witkop & Holmes Company against Ervin C. Boyce. No opinion. Orders (61 Misc. Rep. 126, 112 N. Y. Supp. 874) affirmed, with $10 costs and disbursements.

———

WOLF, Appellant, v. PINDYCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Philip

Wolf against Frank Pindyck. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

WOODARD, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Charles M. Woodard, an infant, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order, affirmed, with costs.

SPRING, J., dissents, upon the ground that Parsons was guilty of negligence as matter of law, and under the law as laid down by the court the jury may have found that the plaintiff was non sui juris, in which event the negligence of Parsons was imputable to the plaintiff.

———

WRIGHT et al., Respondents, v. TOOMEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Reuben W. Wright and another against Daniel F. Toomey and another. No opinion. Order affirmed, with $10 costs and disbursements.

———

WRIGHT et al., Respondents, v. TOOMEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Reuben W. Wright and another against Daniel F. Toomey and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

———

W. W. PIERCE MFG. CO., Respondent, v. PHOENIX INS. CO. OF HARTFORD, CONN., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by the W. W. Pierce Manufacturing Company against the Phoenix Insurance Company of Hartford, Conn. No opinion. Judgment affirmed, with costs.

———

In re YOUNG. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) In the matter of the application of Zachary T. Young for admission to the bar. No opinion. Application granted.

———

YOUNG et al., Respondents, v. DUBOIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Frank L. Young and another, individually, etc., against William M. Dubois, impleaded with others. C. Haines, for appellant. C. A. Hansman, for respondents. No opinion. Judgment (113 N. Y. Supp. 456) affirmed, with costs to plaintiffs against the appellant personally. Settle order on notice.

———

ZELENKO, Respondent, v. SCHACHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Aaron Zelenko against Pincus Schacher. No opinion. Motion denied on condition that the appellant perfect his appeal, place the cause at